25 CV 06958

JUDGE RAMOS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

:Noel:Arroyo-Bey.

Write the full name of each plaintiff.

_____CV_______________
(Include case number if one has been assigned)

-against-

THOMAS A. WARD (Badge #21847), in his individual ~~and official capacity~~,
CITY OF NEW YORK, a municipal corporation,

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes ☑ No

U.S. DISTRICT COURT
FILED
AUG 22 2025
SOUTHERN DISTRICT OF NEW YORK

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Defamation of Character - 28 USC § 4101

Title 18 USC 1983

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ______________________________, is a citizen of the State of
(Plaintiff's name)

______________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________________, is a citizen of the State of
(Defendant's name)

______________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If the defendant is a corporation:

The defendant, ______________________________, is incorporated under the laws of

the State of ______________________________

and has its principal place of business in the State of ______________________________

or is incorporated under the laws of (foreign state) ______________________________

and has its principal place of business in ______________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

:Noel: Arroyo-Bey.
First Name Middle Initial Last Name

care of:[177A] East 10th Street., #112
Street Address

New Rochelle New York [10801-9998]
County, City State Zip Code

914-233-3001 justice7@startmail.com
Telephone Number Email Address (if available)

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Thomas A. Ward
First Name Last Name
NYPD Officer, Tax ID#963323
Current Job Title (or other identifying information)
230 East 21st. Street
Current Work Address (or other address where defendant may be served)
New York County, New York New York 10010
County, City State Zip Code

Defendant 2: CITY OF NEW YORK a municipal corporation
First Name Last Name

Current Job Title (or other identifying information)
100 Church Street,
Current Work Address (or other address where defendant may be served)
New York County, New York New York 10007
County, City State Zip Code

Defendant 3:
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: East 20th Street and Broadway, New York, New York

Date(s) of occurrence: October 17th, 2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Attached Affidavit, Police Accident Report #MV-2023-013-00070

CCRB Complaint Letter Reference #202310603

~~Medrite Medical Report~~

~~Administrative Process:~~

Notice of Intent w/ Process Server Affidavit

Notice Of Intent: opportunity to cure w/USPS Tracking Numbers

Notice of Intent: Default w/USPS Tracking Numbers

~~Private Fee Schedule~~

Memorandum of Law

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

In the matter at hand, Claimant request that Defendant be ordered to amend the police report,specifically accident report #MV-2023-013-000701, which was inadequately executed and failed to include critical information. This negligence has resulted in significant emotional distress for Claimant, stemming from the defamatory statements and libelous content present in the report. As a direct consequence of the inaccurate information recorded. Claimants character has been unjustly maligned, necessitating judicial intervention to rectify the record and address the harm caused. [Continue-next page].

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Defamation of Character - 28 USC § 4101 - $500,000

Emotional Distress - 32 CFR § 536.77(a)(3)(vii) -$200,000

Libel - $200,000

Punitive Damages - $25,000

Total Damages: $925,000

**INJURIES** [Continue] from Page 6.

Additionally, Claimant has sought medical treatment for emotional distress and post-traumatic stress disorder(PTSD) directly attributable not only to the accident but also to the defamation caused by the statements made by New York City Police Officer Thomas A. Ward in the police report. This situation necessitates judicial intervention to rectify the record and address the hard caused.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

August 8th, 2025 — by: noel: arroyo-bey: © Without Prejudice UCC 1-308

Dated — Plaintiff's Signature

:Noel: — Arroyo-Bey.

First Name — Middle Initial — Last Name

c/o[177A] East Main Street., #112

Street Address

New Rochelle — New York — [10801]

County, City — State — Zip Code

914-233-3001 — justice7@startmail.com

Telephone Number — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

STATE: NEW YORK )
) **AFFIDAVIT**
COUNTY: NEW YORK )

**KNOW ALL MEN AND WOMEN BY THESE PRESENTS**, that I, Me, My, Myself, **:Noel:Arroyo-Bey.,** a natural living, breathing, sentient serene man on the land being of sound mind and FIRST BEING DULY SWORN, willfully and voluntarily deposes and says, and as ACTUAL CONSTRUCTIVE or ADMINISTRATIVE NOTICE:

a) Affiant, am competent to handle matters and for stating the matters set forth herein and all matters must be expressed to be resolved) I, Me, My, Myself, have personal knowledge concerning the facts stated herein) All the facts stated herein are true, correct, complete, and certain, not misleading, made in good faith, admissible as evidence, and if stating as I, Me, My, Myself, shall so state.

1. On Tuesday, October 17th, 2023, at approximately 12:23 pm. Affiant was traveling northbound on Broadway heading to work on my electric scooter, I was going approximately 15 miles an hour on the road.

2. Affiant collided with a 2022 Black Mercedes automobile that was headed eastbound on 20th Street and Broadway.

3. Affiant bounced from other party's automobile hood to the ground on his right shoulders and landed on the ground as I was still conscious leading me to soreness and pain. Fire Department and Ambulance arrived at the scene and assisted me.

4. Affiant was taken inside the ambulance by EMS on the scene and still conscious of his surroundings. I was then interviewed by NYPD Officer Thomas A Ward, Badge #21847, 13th Precinct, Tax #963323.

5. Affiant told Officer Thomas A Ward, Badge #24331, that I had the right to travel on the roadways with my electric scooter which is part of my unalienable rights. ***"All codes, rules and regulations are applicable to the government authorities [and corporations] only, not human Creators in accordance with God's laws. All codes [New York Codes], rules and regulations are unconstitutional and lacking due process."*- Rodrigues v. Ray Donovan,769 F.2d 1344,1348(1985)** As he had questioned me why I was driving northbound on Broadway.

6. Affiant was taken to Bellevue Hospital and was checked by one of the Doctors and had received X-rays of my body. No major injuries or broken bones was found. Upper Neck left shoulders, and left arm was in major pain of whiplash from accident.

7. Affiant was in Bellevue hospital for approximately 5 hours before getting discharged to go home.

8. On Thursday, October 19th, 2023, at approximately 4:00pm, I was headed to the 13th Pct. To pick up the accident police report [EXHIBIT A]. That same day I had read that there was a bias opinion statement and not all facts on the report as I was called a Sovereign Citizen. That same day, Affiant requested that the Police Accident report was to be Amended since it was a Defamation of Character and Libel to have that bias opinion statement on the report. The request to get the Police Accident report Amended was denied by the first respondent Officer Thomas A Ward, Badge #24331.

9. Affiant also noticed on the police report that the other party's information was on the report when I was told verbally by Thomas A Ward, Badge #24331 that it was a "hit and run' when it wasn't a "hit and run" accident.

10. Affiant filed a complaint with the CCRB concerning the Defamation of Character and Libel regarding the Police Accident Report bias opinion statement.

11.On Tuesday, November 14th, 2023, Affiant received a CCRB email Report Reference #202310603 [EXHIBIT B] stating that it had specific jurisdiction when it is investigating allegations against sworn members of the NYPD, which the allegations do not fall under the jurisdiction of the CCRB. Affiants Complaint was forwarded to the NYPD Internal Affairs Bureau.

12. The CCRB Reference Report # 2023-34476 was reviewed by NYPD Internal Affairs Burea and forwarded to the 13th Precinct Integrity Control Officer, no further information was provided.

13. On October 23rd,2023 Affiant reported to get screened by a Physician Assistant [Haley, Stackhouse] at the MEDRITE Urgent Care. [EXHIBIT C]. A follow up visit pertaining to the Electric Scooter accident and injuries. Affiant was diagnosed with Anxiety, Depression and PTSD from the traumatic incident in addition to Defamation of Character and Libel of me being called a sovereign citizen and stated such false claims that I told him that.

14. AFFIANT has made attempts to rectify the matter by returning to the 13th PCT to amend the police accident report on October 19, 2023. However, my request was denied.

15. AFFIANT initiated the administrative process concerning the police incident report, which has been served to Defendant. On October 9, 2024, I sent a Notice of Intent [EXHIBIT D] to the Defendant. This notice was delivered by a private process server [EXHIBIT E] The Defendant was granted 21 days to respond and resolve the matter amicably.

16. Additionally, AFFIANT sent out a second Notice of Intent with opportunity to cure [EXHIBIT F] which included an opportunity for the Defendant to cure the matter. The second notice was sent via USPS Certified mail but was ignored.

17. AFFIANT, sent out a third notice of intent Default [EXHIBIT G] which gave the Defendant to again cure the matter but was ignored as well. Affiant has exhausted his administrative process at this time.

18. Affiant, execute a private fee schedule that is attached to Affidavit for damages of Defamation of Character, Mental anguish and Libel. Defendant acted in dishonored to amend police accident report and defame my character and Libel. [EXHIBIT H].

## LEGAL MAXIMS

**MAXIM OF LAW NO. 4:Truth is expressed in the form of an affidavit; and MAXIM OF LAW NO. 7:A matter must be expressed to be resolved:**

This 4-page sworn, affirmed, subscribed, acknowledged, sealed, duly filed and recorded document is hereby deemed to be your "means of knowledge". The means of knowledge, especially when knowledge consists of published public records, is deemed in law to be "knowledge of the facts. "Equality under the law is paramount and mandatory by law.

This Affidavit is freely and voluntarily made, affirmed, signed, sealed, duly filed, recorded and published in good faith, is not made under threat, duress or coercion and without deception for purposes of evasion. Notice to principal is notice to agents. Notice to agents is notice to principals. Published, recorded notice is notice to all.

Affiant, expressly reserve My unalienable right to amend, alter or repeal in parts or its whole this Affidavit at times and places of my own choosing, accordingly as new facts and revelations are made available to me at various future times and places as yet unknown, and as yet to be determined.

Pursuant to ***Title 28 U.S.C. §1746(1)*** and executed ***"without the United States"***, I, affirm under penalty of perjury under the laws of The united States of America that the foregoing is true and correct, to the best of my current belief and informed knowledge. And further this deponent sayeth not.

Affiant, now affix My autograph and official seal to all of the above WITH EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, PURSUANT TO UNIFORM COMMERCIAL CODE (UCC) 1-308 AND 1-103.

Respectfully,

I am: noel: arroyo-bey©, Benificiary.

**: Noel: Arroyo-Bey.**

All Unalienable Rights Retained, without prejudice, in propia persona, Sui juris, in full life.
Non-Domestic, Non-RESIDENT
Care of: [177A] East Main Street, #112
New Rochelle, New York Republic [10801]
Non-domestic, without the U.S.
Email: justice7@startmail.com

Date: 8\22\25.

ATTACHMENTS:

EXHIBIT A: POLICE ACCIDENT REPORT Accident No. MV-2023-013-00070
EXHIBIT B: CCRB COMPLAINT LETTER REFERENCE #202310603
EXHIBIT C: MEDRITE URGENT CARE MEDICAL REPORT
EXHIBIT D: NOTICE FROM CCRB
EXHIBIT E: FIRST NOTICE OF INTENT TO NYPD OFFICER THOMAS A WARD
EXHIBIT F: PROCESS SERVER NOTICE TO NYPD OFFICER THOMAS A WARD
EXHIBIT G: SECOND NOTICE OF INTENT WITH OPPORTUNITY TO CURE
EXHIBIT H: THIRD NOTICE OF INTENT DEFAULT
EXHIBIT I: PRIVATE FEE SHEDULE

# EXHIBIT A

Page 1 of 4 Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)

MV-104AN (7/11)

Precinct: 013

Accident No.: MV-2023-013-000701

Complaint Number:

☐ AMENDED REPORT

| Accident Date Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 17 | 2023 | TUESDAY | 12:23 | 1 | 1 | 0 | ☐ Reconstructed ☐ | ☐ | ☐ Yes ☑ No |

| | VEHICLE 1 | ☐ VEHICLE 2 ☑ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN |
|---|---|---|
| Driver License ID Number | 105632261 | |
| State of Lic. | NY | |
| Driver Name - exactly as printed on license | LITTMAN, ALAN | BEY, NOEL, A |
| Address (Include Number & Street) | 22 OVERBROOK LN | 309 AVENUE C |
| Apt. No. | | 5G |
| City or Town | GLEN HEAD | NEW YORK |
| State | NY | NY |
| Zip Code | 11545 | |
| Date of Birth (Month / Day / Year) | 1 / 3 / 1964 | 11 / 15 / 1975 |
| Sex | M | M |
| Unlicensed | ☐ | ☐ |
| No. of Occupants | 1 | 1 |
| Public Property Damaged | ☐ | ☐ |
| Name - exactly as printed on registration | LITTMAN, ALAN | |
| Sex | M | |
| Date of Birth (Month / Day / Year) | 1 / 3 / 1964 | |
| Address (Include Number & Street) | 22 OVERBROOK LN | |
| Haz. Mat Code / Released | ☐ | ☐ |
| City or Town | GLEN HEAD | |
| State | NY | |
| Zip Code | 11545 | |
| Plate Number | KWS8169 | |
| State of Reg. | NY | |
| Vehicle Year & Make | 2022 ME BE | |
| Vehicle Type | SEDAN | E-SCOOTER |
| Ins. Code | 356 | |
| Ticket/Arrest Number(s) | | |
| Violation Section(s) | | |

**VEHICLE 1** — Check if involved vehicle is:
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

VEHICLE 1 DAMAGE CODES: Box 1 - Point of Impact: 2; Box 2 - Most Damage: 2; Enter up to three more Damage Codes: 3: 18

Vehicle Towed: By / To

**VEHICLE 2** — Check if involved vehicle is:
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

VEHICLE 2 DAMAGE CODES: Box 1 - Point of Impact: 1; Box 2 - Most Damage: 18; Enter up to three more Damage Codes:

Vehicle Towed: By / To

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.
1. Rear End 2. Sideswipe (same direction) 3. Left Turn 0. Left Turn 4. Right Angle 5. Right Turn 6. Right Turn 7. Head On 8. Sideswipe (opposite)

ACCIDENT DIAGRAM

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

4 RIGHT ANGLE

9\.

Cost of repairs to any one vehicle will be more than $1000. ☐ Unknown/Unable to Determine ☐ Yes ☑ No

Reference Marker:

Coordinates (if available): Latitude/Northing: 40.739178; Longitude/Easting: -73.98978

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☑ NEW YORK ☐ QUEENS ☐ RICHMOND

Road on which accident occurred: EAST 20 STREET (Route Number or Street Name)

at 1) intersecting street: (Route Number or Street Name)

or 2) 2 Feet ☐ N ☑ E ☐ S ☐ W of BROADWAY (Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes: AT TPO MOTORIST OF VEHICLE 1 STATES HE WAS DRIVING EASTBOUND ON EAST 20 STREET OVER BROADWAY WHEN A SCOOTER COLLIDED WITH HIS VEHICLE. MOTORIST 1 STATES SCOOTER WAS GOING NORTHBOUND ON BROADWAY. BROADWAY IS A SOUTHBOUND ONLY STREET. SCOOTERIST STATES HE WAS GOING NORTHBOUND ON BROADWAY AGAINST THE FLOW OF TRAFFIC BECAUSE HE IS A SOVEREIGN CITIZEN AND THOSE TRAFFIC RULES DO NOT APPLY TO HIM AND FURTHER STATES

USE COVER SHEET P

| ALL INVOLVED | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 59 | M | – | – | – | – | | – | LITTMAN, ALAN | |
| B | 2B | 1 | 1 | 1 | 47 | M | 4 | 12 | 6 | – | | 7202 | BEY, NOEL, A | |

| 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| – | – | 13 | 7 | 3 | 1 | 1 | 1 | 1 | 1 | 8 | 1 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| – | – | 2 | 1 | 1 | 1 | 1 |

Officer's Rank and Signature: PO [signature]

Print Name in Full: THOMAS A WARD

| Tax ID No. | NCIC No. | Precinct | Post/Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|
| 963323 | 03030 | 013 | | SGT SEAN T FAGAN | 10/18/2023 12:32 |

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| | Last Name | First | M.I. |
|---|---|---|---|
| B | BEY | NOEL | A |

Address: 309 AVENUE C 5G NEW YORK NY

Date of Birth: Month 11 Day 15 Year 1975 — Telephone (Area Code) ( ) 9176868764

Last Name / First / M.I.

Address

Date of Birth: Month / Day / Year — Telephone (Area Code) ( )

Last Name / First / M.I.

Address

Date of Birth: Month / Day / Year — Telephone (Area Code) ( )

Last Name / First / M.I.

Address

Date of Birth: Month / Day / Year — Telephone (Area Code) ( )

Last Name / First / M.I.

Address

Date of Birth: Month / Day / Year — Telephone (Area Code) ( )

Highway Dist. at Scene? ☐ Yes ☑ No
Name:

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 006350664C71016

Expiration Date 03/16/2024

VIN W1K6GB6NA148893

Vehicle No. 2 __________

Expiration Date __________

VIN __________

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|
| | | |
| | | |
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit __________

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

| **PROPERTY DAMAGED** (other than vehicles) | **OWNER OF PROPERTY** (include city agency, where applicable) |
|---|---|
| | |
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle –Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment in Use At Time of Accident
☐ Siren ☐ Horn ☐ Turret Light ☐ 4-Way Flasher ☐ High-Level Warning Lights ☐ Traffic Cones ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)
☐ Complying with Station House Directive
☐ Routine Patrol

Right Angle : MV-2023-013-000701
Reporting Officer : PO THOMAS A WARD
Reviewing Officer : SGT SEAN T FAGAN Reviewed Date : 10/18/2023 12:32



# EXHIBIT B

**From:** CCRB_CTS <administrator-1@ccr... 1 attachment Tuesday 14 November 2023 at 09:23:57

# CCRB Case #202310603

**To:** justice7@startmail.com

**Cc:** administrator-1@ccrb.nyc.gov

CIVILIAN
COMPLAINT
REVIEW BOARD
100 CHURCH STREET
10th FLOOR
NEW YORK, NEW YORK
10007 ♦ TELEPHONE
(212) 912-7235
www.nyc.gov/ccrb

ERIC L. ADAMS

ARVA RICE
INTERIM

**IAB REF#: 202310603**

November 14, 2023

Noel Arroyo-Bey
1178 Broadway 3046
New York, NY 10001

Dear Noel Arroyo-Bey:

The Civilian Complaint Review Board has a specific jurisdiction when it is investigating allegations against sworn members of the NYPD. Some allegations do not fall under the jurisdiction of the CCRB and fall under the jurisdiction of another entity, which is the case here.

As a result, we are forwarding your complaint to the **Internal Affairs Bureau,** so they can take appropriate action. Please expect to hear from someone from that organization who will be investigating your incident. They will be able to explain to you in detail how their process works. Your continued willingness to participate in this extremely important process with the **Internal Affairs Bureau** is greatly appreciated.

If you have any questions, please contact the **Internal Affairs Bureau** at **315 Hudson Street 3 Fl, New York NY 10013; telephone (212) 741-8414**. Make sure you have the reference number at the top of this page when reaching out to them.

The integrity and quality of the Police Department's service to the public depends, in large part, upon

receiving information from citizens like you regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board is grateful for the effort you have already put forth in furthering this goal.

Sincerely,




Eshwarie Mahadeo
Director of Case Management

# EXHIBIT C

**Patient: NOEL ARROYO, Sex: M**
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370

MEDRITE
Save Time. Feel Better.

**Medrite**
123 3rd ave
New York, NY 10003-5555
212-658-0058 F: 929-200-8014

## Transcription

Patient: NOEL ARROYO, Sex: M (ID# 14370)
Date of Birth: 11/15/1975 (47 years)
Visit on 10/23/2023 (Log# 14915407)
**Historian:** Self

**History of Present Illness:**
**Complaints:**

- The patient presents with an additional complaint of **anxiety/ nerves.**

  Context - Initial History: The patient reports it was the result of an injury that occurred on 10/17/2023, which had a sudden onset. This was caused by a motor vehicle accident. The patient reports that the onset was: not associated with dizziness; ASSOCIATED WITH INABILITY TO SLEEP; not associated with irritability; ASSOCIATED WITH MUSCLE TENSION; not associated with poor concentration; ASSOCIATED WITH RELATIONAL STRESS; not associated with stress over work/school; not associated with other stress; ASSOCIATED WITH A TRAUMATIC EXPERIENCE; 47 y/o male pt presents to uc c/o "PTSD" following an accident he had on 10/17. He was struck by a motor vehicle while riding a scooter and has been having flashbacks and increased anxiety over the incident which causes him to have difficulty sleeping since. He has not been attending work since the accident. He has pmhx GAD and has tried a variety of SSRI's in the past with no success. He has not been on medication for anxiety in 6 years. He reports feeling depressed since moving to NY from FL 9 months ago. Denies suicidal or homicidal thoughts or plans. He would like a referral tp psychiatry. He states his insurance is not accepted at Mt. Sinai. He would like an open referral. He spoke with NYC health and hospital and the next appt then have with psychiatry is in 8 weeks but they told him if he gets a referral he may be able to be seen next week. He additionally reports neck pain and upper back following scooter accident that happened last Tuesday. Pain radiates down his back and right shoulder. Pt was seen in the ED after the accident. He did not hit his head. He had xrays and a CT scan performed which revealed no fractures. he has been taking Tylenol for the pain. He states he is not here for this complaint today though. He is here to discuss anxiety. The patient also reports depression and sleep difficulties as abnormal symptoms related to the complaint.

**Review of Systems:**
The patient **complains of** the following recent symptoms:

- Psychiatric:
  - sleep difficulties
  - depression
  - **anxiety/nerves:** See HPI
- Musculoskeletal:
  - back pain
  - muscle pain

The patient **denies** the following recent symptoms:

- Constitutional: denies chills
- Neurological: denies light headedness, headache
- Eyes: denies blurry vision
- ENT and Mouth: denies dizziness

**Allergies:**
patient specifies no known drug allergies

Patient: NOEL ARROYO, Sex: M
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370

Medrite
123 3rd ave
New York, NY 10003-5555
212-658-0058 F: 929-200-8014

## Transcription

- **Benzocaine:** reaction(s): rash/hives

**Medications:**
patient specifies no active medications

**Problem List:**

- Anxiety State Unspecified (status Active)

**Surgeries:**

- **Other surgery:** Anal Fissure, single procedure, performed 2011

**Social History:**

- **Living Arrangements/ Marital Status:** Current marital status: Divorced. Living alone. Patient lives in Bronx
- Street / Unprescribed Drugs: denies
- Alcohol: denies

**Family History:**

- **Mother:** high cholesterol
- **Father:** mouth/throat cancer

**Preventive Measures:**

- **Td (adult tetanus):** Td immunization up to date

**Vitals:**

- 11:10 AM (10/23/2023)
  Pulse: 85 BPM, **BP: 140/100 ( Arm [R] ),** Respirations: 18/min, O2 Saturation: 97%, O2 Delivery: RA, Weight: 160 LBS, Height/Length: 5' 8", BMI: 24.3
  First entered 10/23/2023 11:10 by Gonzalez, Jessica
  Last edited 10/23/2023 11:37 by Gonzalez, Jessica
- 11:37 AM (10/23/2023)
  BP: 122/85 ( Arm [R] )
  First entered 10/23/2023 11:37 by Gonzalez, Jessica

**Physical Exam:**
The following exam elements were documented to be **abnormal:**

- **Psychiatric:** abnormal mood/affect noted.
  Mood is anxious. Affect is flat.

The following exam elements were documented to be **normal:**

- Cardiovascular: S1, S2 noted, normal rate, regular rhythm, and no murmurs, rubs, gallop, or extra heart sounds.
- Eyes: conjunctivae anicteric and non-injected bilaterally.
- General: Normal general appearance.
- Muscular: normal gait and posture.
- Psychiatric: normal speech.
- Psychiatric: oriented to person, place, time, and situation.
- Psychiatric: alert.

**Patient: NOEL ARROYO, Sex: M**
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370

**Medrite**
123 3rd ave
New York, NY 10003-5555
212-658-0058 F: 929-200-8014

## Transcription

- Psychiatric: short- and long-term memory intact.
- Psychiatric: good insight.
- Psychiatric: normal attention span and concentration.
- Psychiatric: language appropriate.
- Psychiatric: normal thought process,
- Psychiatric: fund of knowledge appropriate.
- Psychiatric: judgment intact.
- Psychiatric: no suicidal or homicidal ideations, no hallucinations, no delusions.
- Respiratory: no increased work of breathing.
- Respiratory: lungs clear to auscultation bilaterally with good air movement, no stridor, crackles, rubs, or wheezing.

**Diagnoses:**

- Acute stress reaction (F43.0)
- Generalized anxiety disorder (F41.1)

**Medication Orders:**

- Prescribed: hydroxyzine pamoate 25 mg capsule; Take 1 capsule (oral) 4 times per day for 7 days (PRN - Anxiety); Total Qty: 28 (twenty-eight) capsule; 0 refill(s); Substitutions allowed; Earliest Fill Date: 10/23/2023

  ePrescribed at 11:38 AM on 10/23/2023 by Haley Stackhouse, PA

  Prescription sent to DUANE READE - 125-133 3rd Ave. (P: 212-529-7140 F: 212-529-7145) 125-133 3RD AVE, NEW YORK, NY, 100032543

**Plan:**

- Seek immediate medical attention, call 911 for thoughts of suicide or self-harm or if you experience hallucinations (seeing or hearing things that other people are not seeing or hearing), do not attempt to drive yourself to the Emergency Department, call 911
- Keep scheduled follow-up appointments with your provider
- Exercise for 30 minutes per day at least 5 times a week
- Keep a routine sleep schedule with a goal of 8 hours per night
- Call 911/ go to the nearest Emergency Department immediately if you experience thoughts of suicide or self-harm or if you experience hallucinations (seeing or hearing things that other people are not seeing or hearing).
- Follow the instructions for all prescriptions. Contact the prescriber or your pharmacy if you have questions.
- Schedule visit with psychiatrist as discussed
- Schedule visit with therapist as discussed
- Go to the lab for blood work as discussed
- Please return to the clinic in 3 day(s) if not better. Call or return to this clinic sooner if your condition worsens or if you have any concerns.
- Patient Off work and may return on 10/25/2023 without restrictions.
- No SI/HI.
- hydroxyzine 1-2 tablets up to 4 times daily as needed for anxiety
  follow up with psychiatry- referral placed today

  if you develop thoughts of harming yourself or others call 911 immediately and go to the ED

**Patient: NOEL ARROYO, Sex: M**
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370



**Medrite**
123 3rd ave
New York, NY 10003-5555
212-658-0058  F: 929-200-8014

## Transcription

**Referrals:**
- **Referral: Psychiatry**
  **Schedule:** Patient to schedule within 5 days.
  **Insurance:** UNITEDHEALTHCARE/COMMUNITY PLAN 5240
  MemberID: 126524709
  Preauthorization: Incomplete

  **Notes:**
  - Comments: 47 y/o male with pmhx GAD presenting with PTSD symptoms after scooter accident 1 week ago. Pt also feeling depressed x 9 months.

  Ordered 10/23/2023 11:36 AM by Stackhouse, Haley, PA
  Last edited 10/23/2023 11:38 AM by Stackhouse, Haley, PA
  Electronically Signed by Stackhouse, Haley, PA on 10/23/2023 11:36 AM

Visit discharged at 10/23/2023 11:40:32 AM by Stackhouse, Haley, PA

Signed electronically by Stackhouse, Haley, PA on 10/23/2023 12:12:37 PM

Patient: NOEL ARROYO, Sex: M
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370

Medrite
123 3rd ave
New York, NY 10003-5555
212-658-0058 F: 929-200-8014

## Patient Clinical Summary

**Log# 14915407 (Room# EXAM ROOM 02)**

**You were seen at Medrite (1233AVE) on Monday, October 23, 2023.**

**Your Diagnoses for today's visit are:**

- 1. Acute stress reaction
- 2. Generalized anxiety disorder

**You have been Prescribed the following medications. Please take as instructed.**

**Medication Orders:**

- Prescribed: hydroxyzine pamoate 25 mg capsule; Take 1 capsule (oral) 4 times per day for 7 days (PRN - Anxiety); Total Qty: 28 (twenty-eight) capsule; 0 refill(s); Substitutions allowed; Earliest Fill Date: 10/23/2023

  ePrescribed at 11:38 AM on 10/23/2023 by Haley Stackhouse, PA

  Prescription sent to DUANE READE - 125-133 3rd Ave. (P: 212-529-7140 F: 212-529-7145) 125-133 3RD AVE, NEW YORK, NY, 100032543

**Recommendations/Plan:**

- Seek immediate medical attention, call 911 for thoughts of suicide or self-harm or if you experience hallucinations (seeing or hearing things that other people are not seeing or hearing), do not attempt to drive yourself to the Emergency Department, call 911
- Keep scheduled follow-up appointments with your provider
- Exercise for 30 minutes per day at least 5 times a week
- Keep a routine sleep schedule with a goal of 8 hours per night
- Call 911/ go to the nearest Emergency Department immediately if you experience thoughts of suicide or self-harm or if you experience hallucinations (seeing or hearing things that other people are not seeing or hearing).
- Follow the instructions for all prescriptions. Contact the prescriber or your pharmacy if you have questions.
- Schedule visit with psychiatrist as discussed
- Schedule visit with therapist as discussed
- Go to the lab for blood work as discussed
- Please return to the clinic in 3 day(s) if not better. Call or return to this clinic sooner if your condition worsens or if you have any concerns.
- Patient Off work and may return on 10/25/2023 without restrictions.
- No SI/HI.
- hydroxyzine 1-2 tablets up to 4 times daily as needed for anxiety
  follow up with psychiatry- referral placed today

  if you develop thoughts of harming yourself or others call 911 immediately and go to the ED

**Referrals:**

- **Referral: Psychiatry**
  **Schedule:** Patient to schedule within 5 days.
  **Insurance:** UNITEDHEALTHCARE/COMMUNITY PLAN 5240

**Patient: NOEL ARROYO, Sex: M**
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370

**Medrite**
123 3rd ave
New York, NY 10003-5555
212-658-0058 F: 929-200-8014

## Patient Clinical Summary

MemberID: 126524709
Preauthorization: Incomplete

**Notes:**

- Comments: 47 y/o male with pmhx GAD presenting with PTSD symptoms after scooter accident 1 week ago. Pt also feeling depressed x 9 months.

Ordered 10/23/2023 11:36 AM by Stackhouse, Haley, PA
Last edited 10/23/2023 11:38 AM by Stackhouse, Haley, PA
Electronically Signed by Stackhouse, Haley, PA on 10/23/2023 11:36 AM

Patient: NOEL ARROYO, Sex: M
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370

Medrite
123 3rd ave
New York, NY 10003-5555
212-658-0058 F: 929-200-8014

## Patient Clinical Summary

**Your Vital Signs recorded during this visit were:**

- 11:10 AM (10/23/2023)
  Pulse: 85 BPM, BP: 140/100 ( Arm [R] ), Respirations: 18/min, O2 Saturation: 97%, O2 Delivery: RA, Weight: 160 LBS, Height/Length: 5' 8", BMI: 24.3
  First entered 10/23/2023 11:10 by Gonzalez, Jessica
  Last edited 10/23/2023 11:37 by Gonzalez, Jessica
- 11:37 AM (10/23/2023)
  BP: 122/85 ( Arm [R] )
  First entered 10/23/2023 11:37 by Gonzalez, Jessica

**Thank you for allowing us to serve you today.**
**Please call this clinic at 212-658-0058 if your condition changes, or you have any concerns.**

Visit discharged at 10/23/2023 11:40:32 AM by Stackhouse, Haley, PA

**Patient: NOEL ARROYO, Sex: M**
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370

**Medrite**
123 3rd ave
New York, NY 10003-5555
212-658-0058 F: 929-200-8014

## Code Summary

| Type | Qty | Code | Description |
|---|---|---|---|
| E/M | | 99213 | Suggested E/M = 99213 using 2021 guidelines<br>MDM=Low Complexity (DX=Low; Risk=Mod; DR=N/A) |
| ICD10 | | F43.0 | Acute stress reaction |
| | | F41.1 | Generalized anxiety disorder |
| SNOMED | | 67195008 | Acute stress reaction |
| | | 21897009 | Generalized anxiety disorder |
| Medical Decision Making/Time | | | Visit type: 99213 - Office Visit Level 3 (Established Patient)<br><br>Diagnosis: Low<br>Acute stress reaction(308.9, F43.0) - Illness, Acute, Uncomplicated<br>Generalized anxiety disorder(300.02, F41.1) - Illness, Acute, Uncomplicated<br><br>Risk (highest option considered): Moderate<br><br>Data Reviewed: N/A<br>0 unique test(s) ordered |

**Patient: NOEL ARROYO, Sex: M**
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370

**Medrite**
123 3rd ave
New York, NY 10003-5555
212-658-0058 F: 929-200-8014

## Referral: Specialty/Psychiatry - 1

Patient: NOEL ARROYO, Sex: M (ID# 14370)
Date Of Birth: 11/15/1975 (48 years)
Address: 527 WEST 157TH ST, 2C, NEW YORK, NY 10032
Home Phone: 917-686-6181
Cell Phone:

**Referral: Psychiatry**
**Schedule:** Patient to schedule within 5 days.
**Insurance:** UNITEDHEALTHCARE/COMMUNITY PLAN 5240
MemberID: 126524709
Preauthorization: Incomplete

**Notes:**

- Comments: 47 y/o male with pmhx GAD presenting with PTSD symptoms after scooter accident 1 week ago. Pt also feeling depressed x 9 months.

**Diagnoses:**

- Acute stress reaction (F43.0)
- Generalized anxiety disorder (F41.1)
- Anxiety State Unspecified ()

Ordered 10/23/2023 11:36 AM by Stackhouse, Haley, PA
Last edited 10/23/2023 11:38 AM by Stackhouse, Haley, PA
Electronically Signed by Stackhouse, Haley, PA on 10/23/2023 11:36 AM

**Patient: NOEL ARROYO, Sex: M**
Date of Service: 10/23/2023 (Log# 14915407)
Date of Birth: 11/15/1975 (47 years)
Patient ID: 14370

MEDRITE
Save Time. Feel Better.

**Medrite**
123 3rd ave
New York, NY 10003-5555
212-658-0058 F: 929-200-8014

**DOCTOR'S NOTE**

To whom it may concern,

**NOEL ARROYO was seen at Medrite Management, LLC (1233AVE) on 10/23/2023 by STACKHOUSE, H.**

Patient Off work and may return on 10/25/2023 without restrictions.

Visit discharged at 10/23/2023 11:40:32 AM by Stackhouse, Haley, PA
Signed electronically by Stackhouse, Haley, PA on 10/23/2023 12:12:37 PM

Signed By:
(STACKHOUSE, HALEY, PA)

# EXHIBIT D

From the desk office of: Noel: Arroyo-Bey.
c/o [5] Union Square West
FRNT 1, #1062
New York, New York Republic [10001]
Non-Domestic, Without the U.S.
DMM 602 1.3s(2)
Justice7@startmail.com

Date: October 9th, ,2024

To the following Respondents:

NYPD OFFICER THOMAS A WARD
BADGE #963323, TAX ID #963323
230 East 21st Street
New York, New York 10010

**NOTICE OF INTENT**

RE: Notice of Intent Regarding Police Accident Report #MV-2023-013-00070

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Dear Officer Thomas A Ward,

I am writing to formally submit a notice of intent concerning the police accident # MV-2023-013-00070, which was generated following an accident that occurred on Tuesday, October 17th,2023, at the intersection of Broadway and East 20th Street involving traveling in my electric scooter and a black Mercedes.

On the day of the incident, I, Noel Arroyo-Bey, was administered medical assistance by EMS at the scene. NYPD Officer Thomas A. Ward, Badge #21847, Tax ID #963323, was present to complete the accident report. However, I have identified a concerning statement within the report that inaccurately characterizes me as a ["sovereign citizen"]. This statement is not only incorrect but also damaging to my reputation as Defamation of Character and Libel.

I have made attempts to rectify this matter by returning to the precinct to request an amendment to the police report on October 19th, 2023; however, my request was denied. This notice serves as an opportunity to resolve this matter amicably. I kindly request that the inaccurate statement be removed from the report, as it does not reflect what I stated or my position during the incident.

I kindly request that you contact me via postal mail or email to discuss and resolve these unlawful violations.

I hope that we can reach a resolution amicably and promptly. I look forward to your prompt response.

This Correspondence serves as an opportunity to resolve these matters amicably.
I expect a written response confirming your intent to comply no later than [7] calendar days upon receiving this communication.

Respectfully,

By: ____________________.
All Unalienable Rights Retained, without prejudice, in propia persona, sui juris, in full life.

By: ____________________.
All Rights Reserve, without prejudice, in full life.
(FIRST WITNESS)

By: ____________________.
All Rights Reserve, without prejudice, in full life.
(SECOND WITNESS)

*15 Moreover if thy brother shall trespass against thee, go and tell him his fault between thee and him alone: if he shall hear thee, thou hast gained thy brother.*

*16 But if he will not hear thee, then take with thee one or two more, that in the mouth of two or three witnesses every word may be established.*

*17 And if he shall neglect to hear them, tell it unto the church: but if he neglect to hear the church, let him be unto thee as an heathen man and a publican.*

*18 Verily I say unto you, Whatsoever ye shall bind on earth shall be bound in heaven: and whatsoever ye shall loose on earth shall be loosed in heaven.*

*19 Again I say unto you, That if two of you shall agree on earth as touching anything that they shall ask, it shall be done for them of my Father which is in heaven.*

*20 For where two or three are gathered together in my name, there am I in the midst of them.*

**-Matthew 18:15-20 (KJV)**

# EXHIBIT E

**IN THE NON-COURT ACTION IN A NEW YORK CASE**

| | |
|---|---|
| **NOEL ARROYO-BEY** <br> Plaintiff/Petitioner <br> vs. <br> **OFFICER THOMAS WARD** <br> Defendant/Respondent | Hearing Date: <br> INDEX NO: <br> Index Date: <br> AFFIRMATION OF SERVICE OF: <br> **NOTICE OF INTENT** |

Received by **Ismael Eldeweuk**, on the **10th day of October, 2024 at 7:18 PM** to be served upon **NYPD Officer Thomas A. Ward** at **230 E 21st St, New York, New York County, NY 10010.**

The undersigned, affirms: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **17th day of October, 2024 at 11:15 AM** at the address of **230 E 21st St, New York, New York County, NY 10010,** this affiant served the **NOTICE OF INTENT** upon **NYPD Officer Thomas A. Ward** in the manner described below:

**PERSONAL SERVICE**, by personally delivering 1 true and correct copy(ies) of the **NOTICE OF INTENT**, with the date and hour of service endorsed thereon by this affiant, to the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**NYPD Officer Thomas A. Ward, I delivered the documents to NYPD Officer Thomas A. Ward with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 200-240 lbs with a beard.**

**The undersigned asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.**

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on 10/18/2024

[signature]

**Ismael Eldeweuk, NYC DCWP, NY**

ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201

FOR: Noel A Bey <justice7@startmail.
REF: NAB-091024

Tracking #: 0146168379



# EXHIBIT F

Certified Document: Tracking Number #
9589 0710 5270 1431 1299 61

From the desk office of: Noel: Arroyo-Bey.
c/o [5] Union Square West
FRNT 1, #1181
New York, New York Republic [10001]
Non-Domestic, Without the U.S.
DMM 602 1.3s(2)
Justice7@startmail.com

Date: October 25th, ,2024

To the following Respondents:

**NOTICE OF INTENT**
**OPPORTUNITY TO CURE**

NYPD OFFICER THOMAS A WARD
BADGE #963323, TAX ID #963323
230 East 21st Street
New York, New York 10010
RE: Notice of Intent Regarding Police Accident Report #MV-2023-013-00070

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Dear Officer Thomas A Ward,

I am writing to formally submit a notice of intent concerning the police accident # MV-2023-013-00070, which was generated following an accident that occurred on Tuesday, October 17th,2023, at the intersection of Broadway and East 20th Street involving traveling in my electric scooter and a black Mercedes.

On the day of the incident, I, Noel Arroyo-Bey, was administered medical assistance by EMS at the scene. NYPD Officer Thomas A. Ward, Badge #21847, Tax ID #963323, was present to complete the accident report. However, I have identified a concerning statement within the report that inaccurately characterizes me as a ["sovereign citizen"]. This statement is not only incorrect but also damaging to my reputation as Defamation of Character and Libel.

I have made attempts to rectify this matter by returning to the precinct to request an amendment to the police report on October 19th, 2023; however, my request was denied. This notice serves as an opportunity to resolve this matter amicably. I kindly request that the inaccurate statement be removed from the report, as it does not reflect what I stated or my position during the incident.

I kindly request that you contact me via postal mail or email to discuss and resolve these unlawful violations.

I hope that we can reach a resolution amicably and promptly. I look forward to your prompt response.

All Unalienable Rights Retained, without prejudice.

Certified Document: Tracking Number #
9589 0710 5270 1431 1299 61

This Correspondence serves as an opportunity to resolve these matters amicably.
I expect a written response confirming your intent to comply no later than [5] calendar days upon receiving this communication.

Respectfully,

By: ____________________.
All Unalienable Rights Retained, without prejudice, in propia persona, sui juris, in full life.

By: ____________________.
All Rights Reserve, without prejudice, in full life.
(FIRST WITNESS)

By: ____________________.
All Rights Reserve, without prejudice, in full life.
(SECOND WITNESS)

*15 Moreover if thy brother shall trespass against thee, go and tell him his fault between thee and him alone: if he shall hear thee, thou hast gained thy brother.*

*16 But if he will not hear thee, then take with thee one or two more, that in the mouth of two or three witnesses every word may be established.*

*17 And if he shall neglect to hear them, tell it unto the church: but if he neglect to hear the church, let him be unto thee as an heathen man and a publican.*

*18 Verily I say unto you, Whatsoever ye shall bind on earth shall be bound in heaven: and whatsoever ye shall loose on earth shall be loosed in heaven.*

*19 Again I say unto you, That if two of you shall agree on earth as touching anything that they shall ask, it shall be done for them of my Father which is in heaven.*

*20 For where two or three are gathered together in my name, there am I in the midst of them.*

**-Matthew 18:15-20 (KJV)**

All Unalienable Rights Retained, without prejudice.

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

**9589071052701431129961**

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:07 pm on October 29, 2024 in NEW YORK, NY 10010.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10010
October 29, 2024, 12:07 pm

**See All Tracking History**

**What Do USPS Tracking Statu**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

Track Another Package

Enter tracking or barcode numb

NOTICE OF INTENT ~~DEFAULT~~ (OR) OPPORTUNITY TO CURE.

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
NYPD OFFICER THOMAS A. WARD.
BADGE# 963323, TAX ID.#963323
230 E. 21 ST. STREET
New York, New York 10010

9590 9402 8484 3186 4057 46

2. Article Number *(Transfer from service label)*
9589 0710 5270 1431 1299 61

PS Form 3811, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Address

B. Received by *(Printed Name)* C. Date of Deliv

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restr Delivery
☒ Signature Confirmatio
☐ Signature Confirmatio Restricted Delivery

Domestic Return Rece

# EXHIBIT G

Certified Document: Tracking Number #
9589 0710 5270 0455 0405 97

From the desk office of: Noel: Arroyo-Bey.
c/o [5] Union Square West
FRNT 1, #1181
New York, New York Republic [10001]
Non-Domestic, Without the U.S.
DMM 602 1.3s(2)
Justice7@startmail.com

Date: November 15th, ,2024

To the following Respondents:

**NOTICE OF INTENT DEFAULT**

NYPD OFFICER THOMAS A WARD
BADGE #963323, TAX ID #963323
230 East 21st Street
New York, New York 10010
RE: Notice of Intent Regarding Default, Police Accident Report #MV-2023-013-00070

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Dear Officer Thomas A Ward,

I am writing to formally submit a notice of intent concerning the police accident # MV-2023-013-00070, which was generated following an accident that occurred on Tuesday, October 17th,2023, at the intersection of Broadway and East 20th Street involving traveling in my electric scooter and a black Mercedes.

On the day of the incident, I, Noel Arroyo-Bey, was administered medical assistance by EMS at the scene. NYPD Officer Thomas A. Ward, Badge #21847, Tax ID #963323, was present to complete the accident report. However, I have identified a concerning statement within the report that inaccurately characterizes me as a ["sovereign citizen"]. This statement is not only incorrect but also damaging to my reputation as Defamation of Character and Libel.

I have made attempts to rectify this matter by returning to the precinct to request an amendment to the police report on October 19th, 2023; however, my request was denied. This notice serves as an opportunity to resolve this matter amicably. I kindly request that the inaccurate statement be removed from the report, as it does not reflect what I stated or my position during the incident.

I kindly request that you contact me via postal mail or email to discuss and resolve these unlawful violations.

I hope that we can reach a resolution amicably and promptly. I look forward to your prompt response.

All Unalienable Rights Retained, without prejudice.

Certified Document: Tracking Number #
9589 0710 5270 0455 0405 97

This Correspondence serves as an opportunity to resolve these matters amicably.
I expect a written response confirming your intent to comply no later than [3] calendar days upon receiving this communication.

Respectfully,

By: ____________________________.
All Unalienable Rights Retained, without prejudice, in propia persona, sui juris, in full life.

By: ____________________________.
All Rights Reserve, without prejudice, in full life.
(FIRST WITNESS)

By: ____________________________.
All Rights Reserve, without prejudice, in full life.
(SECOND WITNESS)

*15 Moreover if thy brother shall trespass against thee, go and tell him his fault between thee and him alone: if he shall hear thee, thou hast gained thy brother.*

*16 But if he will not hear thee, then take with thee one or two more, that in the mouth of two or three witnesses every word may be established.*

*17 And if he shall neglect to hear them, tell it unto the church: but if he neglect to hear the church, let him be unto thee as an heathen man and a publican.*

*18 Verily I say unto you, Whatsoever ye shall bind on earth shall be bound in heaven: and whatsoever ye shall loose on earth shall be loosed in heaven.*

*19 Again I say unto you, That if two of you shall agree on earth as touching anything that they shall ask, it shall be done for them of my Father which is in heaven.*

*20 For where two or three are gathered together in my name, there am I in the midst of them.*

**-Matthew 18:15-20 (KJV)**

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052702166890003

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:00 pm on November 4, 2024 in NEW YORK, NY 10010.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10010
November 4, 2024, 1:00 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usp**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ NOTICE OF INTENT, DEFAULT |

Postmark Here
11/01/2024

Sent To: NYPD OFFICER, THOMAS A WREN
Street and Apt. No., or PO Box No.: 230 E. 21st STREET
City, State, ZIP+4®: New York, New York 10010

PS Form 3800, January 2023 See Reverse for Instructions

9589 0710 5270 2166 8900 03

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT H

# AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS:

**APPLICABLE TO AUTHORIZING BODIES, CAPTAINS, CHIEFS, SUPERVISORS, EMPLOYERS, AGENTS, CLERKS, AND ADMINISTRATORS.**

These Damages (charged per COUNT), in part, were determined by THE GOVERNMENT ITSELF for the violation listed:

| BREACH | PENALTY | AUTHORITY |
|---|---|---|
| VIOLATION OF OATH OF OFFICE | $10,000,000.00 | 18 USC § 3571<br>28 USC § 3002(15) |
| ARMED ABUSE OF OFFICE | $200,000.00 | |
| ARMED ABUSE OF AUTHORITY | $200,000.00 | |
| ARMED USE OF EMERGENCY LIGHTING IN A NON-EMERGENCY | $200,000.00 | |
| ARMED USE OF EMERGENCY SIREN IN A NON-EMERGENCY | $200,000.00 | |
| ARMED ASSAULT AND BATTERY | $200,000.00 | |
| ARMED THREAT OF VIOLENCE | $200,000.00 | |
| ARMED COERCION | $200,000.00 | |
| DENIED PROPER WARRANT(S) | $250,000.00 | 18 USC § 3571 |
| DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS | $250,000.00 | 18 USC § 3571 |
| DEFENSE EVIDENCE (RECORDS) | $250,000.00 | 18 USC § 3571 |
| DENIED RIGHT TO TRUTH IN EVIDENCE | $250,000.00 | 18 USC § 3571 |
| ARMED VIOLATION OF DUE PROCESS | $200,000.00 | |
| SLAVERY (Forced Compliance to contracts not held) | $250,000.00 | 18 USC § 3571 |
| DENIED PROVISIONS IN THE CONSTITUTION | $250,000.00 | 18 USC § 3571 |
| ARMED TREASON, WAR AGAINST AMERICANS | $250,000.00 | 18 USC § 3571 |
| GENOCIDE AGAINST HUMANITY | $1,000,000.00 | 18 USC § 1091 |
| APARTHEID | $1,000,000.00 | |
| ARMED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW | $50,000,000.00 | 18 USC § 242 |
| EMOTIONAL DISTRESS | $200,000.00 | 32 CFR § 536.77(a)(3)(vii) |
| MENTAL ANGUISH ABUSE | $200,000.00 | 42 CFR § 488.301 |
| PEONAGE (Felony) | $200,000.00 | 18 USC § 1581<br>42 USC § 1994 |
| UNLAWFUL INCARCERATION | $50,000,000.00 | |

| | | |
|---|---|---|
| MALICIOUS PROSECUTION | $200,000.00 | |
| DEFAMATION OF CHARACTER | $500,000.00 | 28 USC § 4101 |
| SLANDER | $200,000.00 | |
| LIBEL | $200,000.00 | |
| ARMED TRESPASS | $200,000.00 | |
| NEGLECT/FAILURE TO PROTECT/ACT | $200,000.00 | 18 USC § 1621<br>42 USC § 1986 |
| ARMED GANG PRESSING | $200,000.00 | |
| ARMED LAND PIRACY/PLUNDER | $200,000.00 | |
| UNAUTHORIZED BOND PRODUCTION | $200,000.00 | |
| ARMED FORGERY | $200,000.00 | |
| ARMED EMBEZZLEMENT | $200,000.00 | |
| ARMED STALKING | $200,000.00 | |
| ARMED IMPERSONATING A PUBLIC OFFICIAL | $200,000.00 | |
| ACTING AS AGENTS OF FOREIGN PRINCIPLES | $200,000.00 | 18 USC § 219 |
| ARMED TORTURE | $200,000.00 | |
| ARMED OPERATING STATUTES WITHOUT BOND | $200,000.00 | |
| EXPLOITATION OF A LEGAL JUSTICE MINORITY GROUP BY BAR CLOSED UNION COURTS- CIVIL RIGHTS | $2,000,000.00 | |
| BAR VIOLATION OF ANTI-TRUST LAWS | $200,000.00 | |
| MISAPPROPRIATION OF TAXPAYER FUNDS | $200,000.00 | 18 USC § 641-664 |
| VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS ARMED BREACH OF TRUST | $10,000,000.00 | |
| ARMED DISTURBING THE PEACE | $200,000.00 | |
| ARMED KIDNAPPING | $50,000,000.00 | 18 USC § 1201 |
| ARMED MALFEASANCE/MALPRACTICE | $200,000.00 | 22 CFR § 13.3 |
| ARMED MISREPRESENTATION/PERSONAGE | $200,000.00 | |
| MISPRISON OF FELONY | $500.00 | 18 USC § 4 |
| ARMED CONSPIRACY AGAINST RIGHTS OF PEOPLE | $50,000,000.00 | 18 USC § 241 |
| ARMED CRIMINAL EXTORTION/ECONOMIC OPPRESSION | $200,000.00 | 18 USC § 141<br>18 USC § 872<br>25 CFR § 11.417 |
| ARMED EXTORTION OF RIGHTS | $200,000.00 | Title 15 |
| ARMED ROBBERY | $200,000.00 | |

| ARMED THEFT BY FORCED REGISTRATION | $200,000.00 | |
|---|---|---|
| MAIL THREATS | $50,000.00 | 18 USC § 876 |
| MAIL FRAUD | $10,000.00 | 18 USC § 1341 |
| ARMED FRAUD | $10,000.00 | 18 USC § 1001 |
| ARMED VIOLATION OF LIEBER CODE AGAINST NON-COMBATANTS | $200,000.00 | |
| ARMED WRONGFUL ASSUMPTION OF STATUS/STANDING | $200,000.00 | |
| ARMED FALSIFICATION OF DOCUMENTS/RECORD | $10,000.00 | 18 USC § 1001<br>26 USC § 7701(a)(1) |
| ARMED FICTITIOUS OBLIGATIONS | $200,000.00 | 18 USC § 514 |
| ARMED PERJURY | $5,000.00 | 18 USC § 1621 |
| ARMED SUBORDINATION OF PERJURY | $2,000.00 | 18 USC § 1622 |
| ARMED RACKETEERING (Criminal, Felony) | $200,000.00 | 18 USC § 1961-1968 |
| ARMED RACKETEERING (Civil) | $200,000.00 | |
| Wages Taken | $triple sustained damages | 18 USC § 1964 (c) |

"Immunity" is invalid, as validity would violate U.S. Constitution Article 2 § IV; 18 USC § 241, 42 USC § 1983, 42 USC § 1985, 42 USC § 1986, and state Constitutions. **The listed laws AUTHORIZE and/or MANDATE removal from public office!**

Violations of law are legally unassailable due to precedents (violations of law) established by court cases. Such situations violate numerous specifically stated intents and purposes of the Constitution, as set forth in the Preamble.

## APPLICABLE TO ANYONE IN ANY BRANCH OF GOVERNMENT AND PRIVATE OR PUBLIC DOMAIN

If invoiced, payment is due [30] calendar days

after receipt date.

Make all payments to:

House of Divine Wisdom El

c/o [177A] East Main Street, #112

New Rochelle, New York Republic [10801-9998]

By: [signature]

Noel Arroyo Bey ©, Indigenous American National,

All Rights Reserve, without prejudice, Sui Juris, In full life.

# GENERAL MEMORANDUM OF LAW

## RE: MISUSE OF THE TERM "SOVEREIGN CITIZEN" AS A SANCTIONABLE, PREJUDICIAL, AND DEFAMATORY VIOLATION OF ETHICAL CONDUCT BY PUBLIC SERVANTS ACTING IN THEIR OFFICIAL DUTY

### I. Introduction

This memorandum addresses the legal implications of public servants, including police officers and public officials, misusing the term "Sovereign Citizen" in a manner that constitutes a violation of ethical standards, resulting in sanctions due to prejudice and defamation. The inappropriate characterization of individuals as "Sovereign Citizens" can undermine constitutional rights, hinder fair treatment, and violate the ethical obligations of public officials to uphold impartiality and professionalism.

### II. Background

The term "Sovereign Citizen" is often associated with individuals who deny governmental authority, purporting to operate outside statutory laws. However, the misuse of this label by public officials—particularly when used prejudicially or defamatory—can violate rights protected under federal law, breach ethical standards, and lead to legal consequences.

### III. Legal Framework

#### A. First Amendment and Due Process

Public officials must respect individuals' constitutional rights. The First Amendment protects individuals from false or prejudicial statements, and the Due Process Clause of the Fourteenth Amendment prohibits willful violations of individuals' constitutional rights.

#### B. Defamation and Civil Rights Violations

1. **Defamation Law**: Statements by public officials that falsely portray individuals as "Sovereign Citizens"—especially in a prejudicial manner—may constitute defamation per se or libel if they damage reputation.
2. **Civil Rights Protections**: Under 42 U.S.C. § 1983, any person acting under color of state law who deprives another of constitutional rights—such as due process or equal protection—may be subject to civil liability. Misuse of the term "Sovereign Citizen" to demean or unjustly target individuals could amount to a violation.

#### C. Ethical Standards for Public Officials

Public servants are bound by ethical codes, such as the Model Rules of Professional Conduct and state-specific codes, which require fairness, impartiality, and integrity in the performance of their duties. Violations include prejudicial conduct and misuse of official position to defame or discriminate.

#### D. Relevant Case Law

1. **Garrison v. Louisiana** (379 U.S. 64, 1964): Emphasized the importance of protecting individuals' reputation against false statements by public officials.

2. **New York Times Co. v. Sullivan** (376 U.S. 254, 1964): Established that public officials and figures must prove actual malice to recover for defamation—highlighting the importance of protecting free speech while preventing malicious falsehoods.

3. 3. **Zamora v. State** (Supreme Court of Montana, 2012): Recognized that misuse of legal labels such as "Sovereign Citizen" by authorities can infringe upon individual rights and qualify as misconduct warranting disciplinary action.

## VI. CONCLUSION

In light of the foregoing, it is evident that the improper use of the term "Sovereign Citizen" by public officials, especially when employed in a prejudicial, defamatory, or unjust manner, constitutes a serious breach of ethical standards and a potential violation of constitutional rights. Such conduct not only undermines public trust and the integrity of the justice system but also subjects the offending parties to disciplinary action and legal liability under applicable federal statutes and case law. It is incumbent upon all public servants to uphold the principles of fairness, impartiality, and respect for individual rights in the performance of their official duties. Ensuring proper conduct and language use is essential to maintain the dignity of the office and protect the constitutional guarantees afforded to all citizens.

In good honor and faith,

Respectfully submitted,

:noel:arroyo-bey©, Benificiary.

**Noel Arroyo-Bey**
**All Rights Reserved, without prejudice, sui juris, in propia persona.**