

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY KALMBACH**
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

November 19, 2025

**By ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**, pg. 2.

    Re:    Arroyo-Bey v. Ward, et al.,
              25 Civ. 6958 (ER)

Your Honor:

    I represent defendants the City of New York and Ward in the above-referenced matter.[1] Defendants write to respectfully request an adjournment of the Pre-Motion Conference currently scheduled for December 10, 2025, at 10:30 a.m., to a later date convenient for the Court. This is defendants' first such request. Plaintiff does not consent to this request. Defendants have asked plaintiff for the reason he is withholding his consent but have not received a response. The requested adjournment will not affect any other presently-scheduled deadlines.

    By way of background, on November 18, 2025, the Court scheduled a Pre-Motion Conference regarding defendants' anticipated motion to dismiss the Complaint for December 10, 2025, at 10:30 a.m. (ECF No. 15). Unfortunately, I am unavailable at that time, as I am scheduled to appear for a previously-scheduled Initial Conference in the Eastern District of New York at 10:00 a.m. on the same date. (See France v. Adams, et al., No. 25-CV-5658 (RER) (CHK)).

    Accordingly, defendants respectfully request an adjournment of the Pre-Motion Conference currently scheduled for December 10, 2025, at 10:30 a.m., to a later date convenient for the Court. For the Court's convenience, defendants are available for a conference on December 11, 12, 15, and 19, 2025.

---

[1] This case has been assigned to Assistant Corporation Counsel Joanne Ling, who is not yet admitted to the New York State Bar. Ms. Ling is handling this matter under my supervision and may be reached at (212) 356-3518 or jling@law.nyc.gov.

Thank you for your time and consideration.

>Respectfully submitted,
>
>/s/ *Zachary Kalmbach*
>Zachary Kalmbach
>*Senior Counsel*

cc: **Via ECF**[2]
Noel Arroyo-Bey
*Plaintiff* pro se

---

The premotion conference is adjourned to December 11, 2025, at 11:30 a.m. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/20/2025
New York, New York

---

[2] Plaintiff has consented to receive electronic service via ECF (ECF No. 3).