UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL ARROYO-BEY,

              Plaintiff,

    – *against* –

THOMAS A. WARD *and* CITY OF NEW YORK,

              Defendants.

**ORDER**

25-cv-6958 (ER)

RAMOS, D.J.:

    Noel Arroyo-Bey, proceeding *pro se*, brought this action on August 22, 2025. Doc. 1. On January 8, 2026, Defendants filed a motion to dismiss, which was fully briefed by February 19, 2026. Docs. 21–24. On March 22, 2026, Arroyo-Bey filed a motion for leave to amend his complaint. Doc. 25. Defendants are directed to file a response to the motion by April 1, 2026.

It is SO ORDERED.

Dated:   March 25, 2026
         New York, New York

                                   EDGARDO RAMOS, U.S.D.J.